## 73622. PREFERRED RISK MUTUAL INSURANCE COMPANY v. LAUBE.
### (353 SE2d 203)

DEEN, Presiding Judge.

Preferred Risk Mutual Insurance Company filed this appeal from a judgment entered in a garnishment action. OCGA § 5-6-35 (4), however, mandates that an application for an appeal is required in cases involving garnishment or attachment except as provided in paragraph (5) of subsection (a) of OCGA § 5-6-34. As this case does not fit within the statutory exception, and an application for a discretionary appeal has not been filed, it must be dismissed.

*Appeal dismissed. Birdsong, C. J., and Pope, J., concur.*

DECIDED JANUARY 21, 1987.

*William A. Dinges*, for appellant.
*Michael L. Wetzel*, for appellee.